IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JUSTIN STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN CORPORATION (d/b/a NORTHWESTERN ENERGY) and DOES 1-10,<br><br>Defendants. | CV-22-78-BU-BMM-JTJ<br><br>**ORDER** |

Defendant has moved for an order allowing Anne Marie Buethe, Esq., to appear *pro hac vice* in this case with Leo S. Ward, Esq., designated as local counsel. (Doc. 6.) The application of Ms. Buethe appears to be in compliance with L.R. 83.1(d).  **IT IS ORDERED**:

Defendants' motion to allow Ms. Buethe to appear on their behalf (Doc. 6) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Buethe must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.  Admission is personal to Ms. Buethe, not the law firm she works for.

6.  Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Buethe must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 27th day of December, 2022.

_____
John Johnston
United States Magistrate Judge